**HLD-003**                                                      **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4423
_____

IN RE:  JOHN DOUGLAS PARKER,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 5-08-cr-00534-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
December 22, 2011

Before:  McKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed: October 10, 2012)
_____

OPINION
_____

PER CURIAM

Petitioner John Douglas Parker filed a petition for writ of mandamus on December

15, 2011, asking us to order the District Court to render a decision on his motion to

vacate his sentence under 28 U.S.C. § 2255.  Parker's § 2255 motion, filed in July 2010,

had been ripe for disposition since October 2010.

By order entered December 19, 2011, the District Court dismissed Parker's § 2255

motion, declined to issue a certificate of appealability, and closed Parker's case.  Because

the District Court granted Parker the relief he requested in his mandamus petition—a decision on his § 2255 motion—his mandamus petition has been rendered moot, and we will deny it accordingly.